**IN RE: SALTIRE INDUSTRIAL, INC., CASE NO. 04-15389(BRL)**

**DUPLICATE CLAIMS**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE EXPUNGED | CLAIM AMOUNT |
|---|---|---|---|
| BALSER, JOSEPH<br>475 CLENROSE LANE<br>CINCINNATI, OH 45244 | 2 | 358 | Unliquidated |
| BLADH MYRTLE<br>ATTN JOHN J SCHMIDT ESQ<br>1900 CHEMED CTR<br>255 EAST FIFTH ST<br>CINCINNATI, OH 45202 | 279 | 277 | $3,646.00 |
| BLADH MYRTLE<br>ATTN JOHN J SCHMIDT ESQ<br>1900 CHEMED CENTER<br>255 EAST FIFTH ST<br>CINCINNATI, OH 45202 | 279 | 231 | $3,464.00 |
| BLADH MYRTLE<br>ATTN JOHN J SCHMIDT ESQ<br>1900 CHEMED CTR<br>255 EAST 5TH FIFTH ST<br>CINCINNATI, OH 45202 | 279 | 220 | $3,646.00 |
| BONER, JACQUELINE<br>4824 STEWART AVE.<br>CINCINNATI, OH 45227 | 2 | 290 | Unliquidated |
| GIBSON, CARL<br>275 N PORTAGE PATH APT 6H<br>ST PETE BCH, FL 44303 | 133 | 95 | $329,000.00 |
| HARRIS, FONDA<br>17 CHAUTAUQUA AVE<br>PEEBLES, OH 45660 | 2 | 224 | $100,000.00 |
| HATHAWAY, JAMES<br>AKA HATHAWAY, JAMES, NORTH<br>1903 W. OAKLAND AVE<br>HEMET, CA 92545-2461 | 283 | 260 | $10,163.00 |

**IN RE: SALTIRE INDUSTRIAL, INC., CASE NO. 04-15389(BRL)**

**DUPLICATE CLAIMS**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE EXPUNGED | CLAIM AMOUNT |
|---|---|---|---|
| HATHAWAY, JAMES NORTH<br>AKA HATHAWAY, JAMES<br>1903 W. OAKLAND AVENUE<br>HEMET, CA 92545-2461 | 282 | 259 | $8,944.23 |
| SANTORO, MARIE<br>2171 EAST MAIN ST., APT. 4K<br>WATERBURY, CT 06705 | 264 | 189 | $2,068.00 |
| WILKE, EMMA<br>PO BOX 2125<br>WATERBURY, CT 06722 | 347 | 345 | $4,000.00 |