**IN RE: SALTIRE INDUSTRIAL, INC., CASE NO. 04-15389(BRL)**

**AMENDED AND/OR SUPERSEDED CLAIMS**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | CLAIM TO BE EXPUNGED | CLAIM AMOUNT |
|---|---|---|---|
| BENNETT, RICHARD E.<br>10630 PIAZZA FONTANA<br>WEST PALM BEACH, FL 33412 | 336 | 236 | $488,160.00<br>Unliquidated |
| TPI CORPORATION<br>C/O SILVERMAN BERNHEIM & VOGEL, ATTORNEY<br>TWO PENN CENTER PLAZA, ATTORNEYS AT LAW<br>PHILADELPHIA, PA 19102 | 364 | 342 | $47,845.60 |