**IN RE: SALTIRE INDUSTRIAL, INC., CASE NO. 04-15389(BRL)**

**THE FULTZ PRP GROUP AND WYETH CLAIMS**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | CLAIM TO BE EXPUNGED | CLAIM AMOUNT |
|---|---|---|---|
| FULTZ LANDFILL PRP GROUP<br>ATTN MR LEO BRAUSCH<br>FULTZ TECHNICAL COMMITTEE<br>131 WEDGEWOOD<br>GIBSONIA, PA 15044 | 328 | 237 | $581,163.00 |
| WYETH (F/K/A AMERICAN HOME PRODUCTS)<br>100 CAMPUS DR<br>FORHAM PARK, NJ 07932 | 328 | 335 | $606,648.00 |
| WYETH F/K/A AMERICAN HOME PRODUCTS<br>100 CAMPUS DRIVE<br>FORHAM, NJ 07932 | 328 | 239 | $581,163.00 |