TOGUT, SEGAL & SEGAL LLP
Bankruptcy Counsel for the Debtor
 and Debtor in Possession
One Penn Plaza - Suite 3335
New York, New York  10119
(212) 594-5000
Scott E. Ratner (SR-0015)
Anthony Vassallo (AMV-3169)
Daniel F. X. Geoghan (DG-3132)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :   Case No.  04-15389 [BRL]
        SALTIRE INDUSTRIAL, INC.,                                :
                                                                 :
                                                       Debtor.   :
                                                                 :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN (i) DUPLICATE CLAIMS AND (ii) AMENDED AND/OR SUPERSEDED CLAIMS AGAINST THE ESTATE (CLAIM NOS. 95, 189, 220, 224, 231, 236, 237, 239, 259, 260, 277, 290, 335, 342, 345, 358)

Upon the first omnibus objection (the "Objection") of Saltire Industrial, Inc. (the "Debtor"), by its attorneys, Togut, Segal & Segal LLP, seeking an Order disallowing and expunging certain (i) duplicate and (ii) amended and/or superseded claims filed against the Debtor's estate (collectively, the "Disputed Claims");  and good and sufficient notice of the Objection having been given, and no further or other notice being necessary, and the Objection having been considered at a hearing conducted before the Court on March 22, 2005 (the "Hearing");  and upon the record made at the Hearing and decision reached at the conclusion thereof, and upon all of the prior proceedings herein;  and good and sufficient cause appearing, it is

**ORDERED**, that the relief sought in the Objection be, and it hereby is, granted; and it is further

**ORDERED**, that all of the Disputed Claims listed in Exhibits "1", "2" and "3" annexed to the Objection be, and they hereby are, disallowed and expunged; and it is further

**ORDERED**, that this Order is without prejudice to the Debtor's right to object to the Disputed Claims on grounds other than as stated in the Objection and is without prejudice to the Debtor's right to object on any grounds as to all other claims filed herein, including any other claims held by the claimants whose claims are the subject of the Objection; and it is further

**ORDERED**, that this Court shall retain jurisdiction over the Debtor and the claimants whose claims are the subject of the Objection respecting any matters related to, or arising from, the implementation of this Order.

DATED:   New York, New York
         March __, 2005

---
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE